# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CINDY HAYES,**

      **Plaintiff,**

   **v.**                                        **Civil Action 2:22-cv-4258**
                                                         **Judge Sarah D. Morrison**
                                                          **Magistrate Judge Kimberly A. Jolson**

**COLUMBUS STATE COMMUNITY**
**COLLEGE, et al.,**

      **Defendants.**

## SHOW CAUSE ORDER

The complaint in this action was filed on December 1, 2022 (Doc. 1), and Plaintiff has yet to effect service on Defendants. Federal Rule of Civil Procedure 4(m) provides in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The Court **ORDERS** Plaintiff to show good cause within **fourteen (14) days** of the date of this Order why this action should not be dismissed and why an extension of time to effect service should be allowed. The good cause showing must be supported with sworn affidavits.

IT IS SO ORDERED.

Date: March 7, 2023                                                           s/ Kimberly A. Jolson
                                                                            KIMBERLY A. JOLSON
                                                                            UNITED STATES MAGISTRATE JUDGE