IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CINDY HAYES, | ) | CASE NO: 2:22-cv-04258 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| | ) | |
| COLUMBUS STATE COMMUNITY | ) | **NOTICE OF DISMISSAL** |
| COLLEGE, et al., | ) | **PURSUANT TO CIV.R. 41(A)** |
| | ) | |
| Defendants. | ) | |

Now comes Plaintiff, Cindy Hayes, by and through counsel, and hereby dismisses all claims and parties *with prejudice,* pursuant to Civ. R. 41(A). Each party shall bear its own attorneys' fees and costs.

Dated this 7th day of March, 2023.


*/s/Paul Filippelli*
Trisha Breedlove (0095852)
Paul Filippelli (0097086)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Phone: (216) 291-4744
Fax:  (216) 291-5744
Email: trisha.breedlove@spitzlawfirm.com
       paul.filippelli@spitzlawfirm.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2023, a copy of the foregoing was served via the Court's Online Filing System to all parties.

*/s/Paul Filippelli*  _____
Trisha Breedlove (0095852)
Paul Filippelli (0097086)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
